Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>  Plaintiff,<br><br> vs.<br><br>NORTHERN VILLAGE ASSOCIATES, LP, a California limited partnership, et al.,<br><br>  Defendants. | No. 1:13-cv-00643-LJO-SAB<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**WHEREAS,** Plaintiff John Morales ("Plaintiff") seeks to amend his complaint to allege additional barriers relating to his disability which he claims were identified at the site inspection of the subject property conducted on September 23, 2013, and as he claims is permitted by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 944 (9th Cir. 2011), and required by *Oliver v. Ralphs Grocery Co*., 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not provided the site inspection documents to Defendants, Northern Village Associates, LP, and Briad Restaurant Group, LLC dba TGI Friday's #1729 (collectively "Defendants") and refuses to do so;

**WHEREAS,** Plaintiff claims he has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice

"Defendants", nor does the amendment in any way change the nature of the action;

**WHEREAS**, Plaintiff claims the amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated August 8, 2013 (ECF No. 14) pursuant to Fed. R. Civ. P. 16(b)(4);

**WHEREAS,** Defendants do not waive any right to challenge the amended complaint in any manner or for any reason;

**WHEREAS,** Defendants agreement to stipulate to allow Plaintiff to file an amended complaint does not constitute an acknowledgment that any claim in the amended complaint has merit, is true, or establishes any liability whatsoever to Defendants.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: October 30, 2013             MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
John Morales

Dated: October 30, 2013             CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP

*/s/ Kathleen M. Hartman*
Kathleen M. Hartman
Robert W. Thompson
Attorneys for Defendants
Northern Village Associates, LP, and Briad Restaurant Group, LLC dba TGI Friday's #1729

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **October 30, 2013**

UNITED STATES MAGISTRATE JUDGE