1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   John Morales
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOHN MORALES,                           )  No.  1:13-cv-00643-LJO-SAB
                                            )
12              Plaintiff,                  )  **STIPULATION FOR DISMISSAL OF**
                                            )  **ACTION; ORDER**
13      vs.                                 )
                                            )
14  NORTHERN VILLAGE ASSOCIATES, LP,        )
    a California limited partnership, et al.,)
15                                          )
                                            )
16              Defendants.                 )
                                            )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1   IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants Northern Village Associates, LP and Briad Restaurant Group, LLC, dba TGI Friday's #1729, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: January 16, 2014                      MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorneys for Plaintiff
                                            John Morales

Date: January 17, 2014                      CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP


                                            /s/ Kathleen M. Hartman
                                            Kathleen M. Hartman
                                            Attorneys for Defendants
                                            Northern Village Associates, LP and Briad
                                            Restaurant Group, LLC, dba TGI Friday's #1729

**ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

    Dated:   **January 21, 2014**           **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE